UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

RICHARD C. PIETRAFESA, JR.

                                      Plaintiff,

    **-v.-**

                                        Civil Action No.
                                        5:13-cv-1565 (GLS/TWD)

KIM A. DWYER et al.

                                      Defendants.

--------------------------------------------------------------------------------

APPEARANCES:                              OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Anthony J. Pietrafesa        ANTHONY J. PIETRAFESA, ESQ.
210 Bell Court
Schenectady, New York 12303

**FOR THE DEFENDANT KIM DWYER:**

KIM A. DWYER
*Pro Se*
5196 South Shore Drive
Clear Lake, Iowa 50428

**FOR DEFENDANT U.S. TURBINE AIRCRAFT SALES, INC.:**

No Appearance Made.

GARY L. SHARPE,
CHIEF JUDGE

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed November 17, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed November 17, 2014 (Dkt. No. 21) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that this action is DISMISSED without prejudice, for failure to prosecute; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: December 9, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court